# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sneed, Joesph T | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>05/5/2005 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P. O. Box 193939<br>San Francisco, CA 94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1957-1973 | TIAA/ CREF Vested Pension Rights |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 15 P 1:43 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | TIAA/CREF Pension | $ 52,073.26 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BP America, Mineral Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 2. Anadarko Petroleum, Min. Rights, Moore County, TX | C | Royalty | M | W | | | | | |
| 3. Bilbrough marble, Min. Rights, Moore County, TX | A | None | J | W | | | | | |
| 4. Bird Creek Resources, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 5. Chesapeake Operating, Min. Rights, Moore County, TX | E | Royalty | L | W | | | | | |
| 6. Westpan Resources, Min. Roghts, Moore County, TX | E | Royalty | L | W | | | | | |
| 7. Duke Energy, Min. Rights, Moore County, TX | A | None | J | W | | | | | |
| 8. Lancaster & Co., Min. Rights, Moore County, TX | B | Royalty | J | W | | | | | |
| 9. Conoco Phillips, Min. Rights, Moore County, TX | E | Royalty | K | W | | | | | |
| 10. Plains Marketing, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 11. Semcrude, L.P., Min. Rights, Moore County, TX **(X)** | A | Royalty | J | W | | | | | |
| 12. 3M Co., Common Stock | B | Dividend | L | T | | | | | |
| 13. AT&T Corp, Common Stock name change from SBC Corp. | B | Dividend | K | T | Sell | 4/22 | J | | |
| 14. Albertson's Inc., Common Stock | A | Dividend | K | T | | | | | |
| 15. Avery Dennison Corp., Common Stock | A | Dividend | K | T | Buy | 10/13 | K | | |
| 16. BellSouth Corp., Common Stock | B | Dividend | K | T | | | | | |
| 17. Chevron Corp., Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola Co., Common Stock | A | Dividend | K | T | | | | | |
| 19. Computer Sciences Corp., Common Stock | | | L | T | | | | | |
| 20. DuPont Corp., Common Stock | B | Dividend | K | T | | | | | |
| 21. Exxon Mobile Corp., Common Stock | B | Dividend | L | T | | | | | |
| 22. General Electric, Common Stock | C | Dividend | M | T | | | | | |
| 23. Grainger W. W., Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. Hewlett Packard Co., Common Stock | A | Dividend | L | T | | | | | |
| 25. Home Depot, Inc., Common Stock | A | Dividend | L | T | | | | | |
| 26. J. P. Morgan Chase & Co., Common Stock | C | Dividend | L | T | | | | | |
| 27. Johnson & Johnson, Common Stock | A | Dividend | J | T | Buy | 10/13 | J | | |
| 28. lincoln National Corp., Common Stock | C | Dividend | M | T | | | | | |
| 29. Lubrizol Corp., Common Stock | B | Dividend | L | T | | | | | |
| 30. McDonald's Corp., Common Stock | A | Dividend | L | T | Sell | 10/13 | K | A | |
| 31. Merck & Co., Inc., Common Stock | B | Dividend | K | T | | | | | |
| 32. Pitney Bowes, Inc., Common Stock | C | Dividend | L | T | Sell | 10/13 | K | | |
| 33. Procter & Gamble Co., Common Stock | B | Dividend | L | T | | | | | |
| 34. Safeway, Inc., Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Union Pacific Corp., Common Stock | A | Dividend | L | T | | | | | |
| 36. Xcel Energey, Inc., Common Stock | C | Dividend | L | T | | | | | |
| 37. Palo Alto Muni 5.375% 8-1-07 | A | Interest | K | T | | | | | |
| 38. California GO 5.0% 10-1-07 | A | Interest | J | T | | | | | |
| 39. California State 5.0% 10-1-07 | A | Interest | J | T | | | | | |
| 40. California HFA Ser A Rev 4.6% 8-1-09 | A | Interest | J | T | | | | | |
| 41. San Jose CA Muni 4.0% 3-1-10 | B | Interest | L | T | | | | | |
| 42. King County, WA Muni 4.0% 1-1-14 | B | Interest | L | T | | | | | |
| 43. USTN 4.625% 5-15-06 | D | Interest | M | T | | | | | |
| 44. USTN 2.25% 2-15-07 | B | Interest | L | T | | | | | |
| 45. USTN 3.375% 2-28-07 | B | Interest | L | T | Buy | 2/24 | | | |
| 46. USTN 4.375% 5-15-07 | C | Interest | L | T | | | | | |
| 47. USTN 3.125% 9-15-08 | B | Interest | K | T | | | | | |
| 48. Merrill Lynch money market Funds | B | Interest | L | T | | | | | |
| 49. 70% Interest, ████ s Milam Co., TX | | | L | W | | | | | |
| 50. 50% Interest, ████ Milam Co., TX | | | L | W | | | | | |
| 51. Wells Fargo Checking | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Money Market Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

Regarding Section VII, number 11, "Semcrude, L.P.":

this is a long-term holding, I believe, which is probably one or a few wells which only recently became viable again due to price rises in oil and gas.

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 05/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/5/06

NO̶_____Y AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
A̶_____SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544